UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ZANFINO,<br><br>Defendant. | Case No. 2:04-CR-0058-JCM-LRL<br><br>ORDER |

Presently before the court is defendant Michael Zanfino's ("defendant") motion to extend prison copywork limit. (ECF No. 45). Plaintiff United States of America ("the government") has not filed a response and the time to do so has passed.

On August 11, 2004, the court sentenced defendant to twenty-one months of custody to be followed by thirty-six months of supervised release for possessing unauthorized access devices in violation of 18 U.S.C. § 1029(a). (ECF Nos. 30, 32). On December 23, 2005, defendant commenced his term of supervision. (ECF No. 36). On December 19, 2006, the court transferred jurisdiction to the United States District Court for the Western District of Missouri. (ECF No. 44). On October 3, 2013, defendant filed a motion requesting that the court order the Nevada Department of Corrections to extend his copywork limit for the purposes of his habeas corpus proceedings. (ECF No. 45).

The court lost jurisdiction when it transferred this matter to the Western District of Missouri. Without jurisdiction, the court cannot adjudicate pending motions or otherwise proceed with the action. *Haywood v. Drown*, 556 U.S. 729, 755 (2009) (citing *Steel Co. v. Citizens for Better Environment*, 523 U.S. 83, 94 (1998) ("Without jurisdiction the court cannot proceed at all in any cause.")). Therefore, the court will deny without prejudice defendant's motion to extend prison copywork limit.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to extend prison copywork limit (ECF No. 45) be, and the same hereby is, DENIED without prejudice.

DATED: July 22, 2019

/s/ James C. Mahan
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE